## NANCY P. GONTOWSKI *v.* WALTER S. GONTOWSKI
### (AC 18395)

O'Connell, C. J., and Landau and Stoughton, Js.

Argued December 6—officially released December 28, 1999

Per Curiam. The judgment is affirmed.

## JULIO GUTIERREZ *v.* COMMISSIONER OF CORRECTION
### (AC 18840)

Lavery, Landau and Daly, Js.

Argued December 7, 1999—officially released January 4, 2000

Per Curiam. The judgment is affirmed.

## CHARLES T. BELLINO, SR. *v.* COMMISSIONER OF CORRECTION
### (AC 19360)

Lavery, Mihalakos and Daly, Js.

Submitted on briefs December 7, 1999—officially released January 4, 2000

Per Curiam. The judgment is affirmed.